UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLARRUEL, MARIA VILLARRUEL, ARTURO VILLARRUEL,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, SCOTT GARRETT, D. GAMBOA, AND DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: 16-CV-2885-CAB-AGS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 42] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 42], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and fees.

It is **SO ORDERED**.

Dated: June 13, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge